UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PAUL DOUGLAS WAGGONER,
    Plaintiff,

v.                                             Case No.: 3:23cv24480/MCR/ZCB

MICHAEL ADKINSON, et al.,
    Defendants.
    _____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding *pro se*, commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983. (Doc. 1). On October 2, 2023, the Court struck Plaintiff's complaint as an impermissible shotgun pleading and ordered Plaintiff to file an amended complaint within twenty-one days. (Doc. 11). The Court notified Plaintiff that his failure to comply with an order of the Court would result in a recommendation of dismissal of this case. (*Id.* at 8).

Plaintiff did not file an amended complaint by the deadline. Therefore, on October 30, 2023, the Court issued an order giving Plaintiff fourteen days to show cause why this case should not be dismissed for his failure to comply with a Court order. (Doc. 12). The Court notified

1

Plaintiff that his failure to comply would result in a recommendation of dismissal of this case. (*Id.*).

On November 3, 2023, Plaintiff requested a 60-day extension of time to file an amended complaint. (Doc. 13). The Court found good cause to extend the deadline by 30 days, but not the 60 days Plaintiff requested. (Doc. 14). Plaintiff's deadline to file an amended complaint was extended to November 23, 2023. (*Id.*). That deadline has passed, and Plaintiff has failed to file an amended complaint despite being warned that his failure to comply with Court orders would result in a recommendation of dismissal of his case.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court. *See* N.D. Fla. Loc. R. 41.1 (authorizing dismissal if a "party fails to comply with an applicable rule or a court order"); *see also Duong Thanh Ho v. Costello*, 757 F. App'x 912, 914-15 (11th Cir. 2018) (affirming dismissal where *pro se* plaintiff failed to file an amended complaint as directed).

At Pensacola, Florida, this 4th day of December 2023.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control</u>. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.